NATIONAL STEEL CORPORATION, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Submitted October 4, 1954; decided October 7, 1954.

*Lester Samuels* for motion to dismiss appeal.

*Adrian P. Burke, Corporation Counsel* (*Stanley Buchsbaum* of counsel), in opposition.

Motion to dismiss appeal denied.

Motion for an extension of time to serve and file record on appeal granted to the extent that defendants are allowed until sixty days from the date hereof or until the determination by the Supreme Court of the United States of the city's petition for certiorari in *Matter of United Piece Dye Works* v. *Joseph* (307 N. Y. 780), whichever is sooner, to serve and file such record.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY COGER, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

Motion for reargument denied.   [See 305 N. Y. 906.]